**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: April 8, 2026
Docket #: 23-6185
Short Title: United States of America v. Hage (Salim)

DC Docket #: 1:98-cr-1023-12
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis A. Kaplan

**NOTICE OF NON-JURISDICTION**

This is to acknowledge receipt of papers dated 03/23/2026, in the case referenced above. Because this case was mandated on 09/23/2025, this Court no longer has jurisdiction to entertain your request. For this reason, your papers are returned unfiled.

Inquiries regarding this case may be directed to 212-857-8560.